**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        Orion Healthcorp, Inc. and RMI Physicians Services Corp. v.
                            On Q Contact Center S.A.

Appellate case number:      01-17-00131-CV

Trial court case number:    2014-01758

Trial court:                133rd District Court of Harris County

Appellants, Orion Healthcorp, Inc. and RMI Physicians Services Corp., have filed an Unopposed Motion to Postpone Oral Argument Scheduled on January 24, 2018, at 1:30 p.m. because "[t]he parties have recently become engaged in settlement discussions, with the hope [of] reach[ing] a full settlement." We **GRANT** the motion to postpone the oral argument set for January 24, 2018 at 1:30 p.m. and will reset the matter for oral argument at a later date, if necessary.

No later than **60 days** from the date of this order, the parties shall file a report advising the court of the status of settlement discussions.

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                   ☑ Acting individually    ☐ Acting for the Court

Date: January 11, 2018